IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Concordia Pharmaceuticals Inc., S.A.R.L., Advanz Pharma Corp (f/k/a Concordia International Corp.), and Concordia Pharmaceuticals (US) Inc., <br><br>   Plaintiffs, <br><br> vs. <br><br> Lazarus Pharmaceuticals, Inc., Mark Thompson, and Jean Paul Laurin, <br><br>   Defendants. | C.A. No. 6:18-1658-HMH-JDA |
| Concordia Pharmaceuticals Inc. and Concordia Pharmaceuticals (US) Inc., <br><br>   Plaintiffs, <br><br> vs. <br><br> Christopher Blake Kelley, <br><br>   Defendant. | C.A. No. 6:18-704-HMH-JDA |
| Concordia Pharmaceuticals Inc., S.A.R.L., Advanz Pharma Corp (f/k/a Concordia International Corp.), and Concordia Pharmaceuticals (US) Inc., <br><br>   Plaintiffs, <br><br> vs. <br><br> Vitae Enim Vitae Scientific Inc., Charles Cavallino, and Boris Gites, <br><br>   Defendants. | C.A. No. 6:19-2061-HMH <br><br><br><br><br><br><br><br> **OPINION & ORDER** |

The parties in these consolidated cases are directed to mediate before Fred W. Suggs, Jr., Esquire, by September 30, 2019. Upon completion of the mediation, the parties are to provide a report to the court regarding the outcome of the mediation.

**IT IS SO ORDERED.**

                s/Henry M. Herlong, Jr.
                Senior United States District Judge

Greenville, South Carolina
July 25, 2019