# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| CONCORDIA PHARMACEUTICALS INC. S.À.R.L., ADVANZ PHARMA CORP. (f/k/a CONCORDIA INTERNATIONAL CORP.), and CONCORDIA PHARMACEUTICALS (US), INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>LAZARUS PHARMACEUTICALS, INC., MARK THOMPSON, and JEAN PAUL LAURIN. <br><br>*Defendants*. | Lead Case No. 6:18-cv-1658-JD |
| CONCORDIA PHARMACEUTICALS INC., and CONCORDIA PHARMACEUTICALS (US), INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>CHRISTOPHER BLAKE KELLEY. <br><br>*Defendant*. | Case No. 6:18-cv-704-JD |

**STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

The Parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a confidential Settlement Agreement executed between the parties on March 31, 2021. The parties have

1

stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Dated: April 1, 2021                         Respectfully submitted,

**WESLEY D. FEW, LLC**

/s/Wesley D. Few
Wesley D. Few, S.C. Fed. Id. No 07371
P.O. Box 9398
Greenville, SC 29604
Tel: (864) 527-5906
Email: wes@wesleyfew.com

-and-

**BUCHANAN INGERSOLL & ROONEY PC**

S. Lloyd Smith (VA Bar No. 85119)
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6620
Fax: (703) 836-2021
Email: lloyd.smith@bipc.com

*Counsel for Plaintiffs Concordia Pharmaceuticals Inc., S.A.R.L., Concordia International Corp., and Concordia Pharmaceuticals (US), Inc.*

**SMITH HUDSON LAW, LLC**

/s/ Joseph O. Smith
Joseph O. Smith (Fed. ID No. 10551)
200 N. Main St., Ste. 301-C
Greenville, SC 29601
864-908-3912
JSmith@smithhudsonlaw.com

**BURL F. WILLIAMS, P.A.**

Burl F. Williams (Fed. ID No. 10556)
201 Riverplace, Suite 500
Greenville, SC 29601
864-546-5035
Burl@BurlFWilliams.com

*Counsel for Defendants
Lazarus Pharmaceuticals, Inc.,
Mark Thompson, Jean Paul Laurin,
and Christopher Blake Kelley*

## **CERTIFICATE OF SERVICE**

I certify that, on April 1, 2021, the foregoing document served by email via ECF to all counsel of record.

/s/ *Wesley Few*
Wesley D. Few (S.C. Fed. Id. No. 07371)
**WESLEY D. FEW, LLC**
P.O. Box 9398
Greenville, SC  29604
Tel: (864) 527-5906
Email: wes@wesleyfew.com