IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| CONCORDIA PHARMACEUTICALS INC. S.À.R.L., ADVANZ PHARMA CORP. (f/k/a CONCORDIA INTERNATIONAL CORP.), and CONCORDIA PHARMACEUTICALS (US), INC.,<br><br>　　　　　*Plaintiffs*,<br>v.<br><br>LAZARUS PHARMACEUTICALS, INC., MARK THOMPSON, and JEAN PAUL LAURIN.<br><br>　　　　　*Defendants*. | Lead Case No. 6:18-cv-1658-JD |
| CONCORDIA PHARMACEUTICALS INC., and CONCORDIA PHARMACEUTICALS (US), INC.,<br><br>　　　　　*Plaintiffs*,<br>v.<br><br>CHRISTOPHER BLAKE KELLEY.<br><br>　　　　　*Defendant*. | Case No. 6:18-cv-704-JD |

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is ORDERED AND ADJUDGED as follows:

1. The above-styled causes are hereby DISMISSED with prejudice, and all parties shall bear their own fees and costs;

2. The Court retains jurisdiction of the above-styled causes solely for the purpose of enforcing the Settlement Agreement; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby DENIED as moot.

DONE AND ORDERED on this 13 day of April, 2021

*Joseph Dawson III*

UNITED STATES DISTRICT JUDGE